986 A.2d 759

Keith W. DODGSON and Robert Heller, Appellants

v.

The COMMONWEALTH of Pennsylvania, Thomas Corbett, Esquire, Attorney General for the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Dec. 28, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of December, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**